United States District Court
Southern District of Texas
**ENTERED**
November 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| AARON MALONE, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 2:19-CV-269 |
| KRISTINE ZAMBRANO, *et al*, | § § § |
| Defendants. | § § |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"), entered on October 21, 2021. (D.E. 83). The M&R recommends that this Court deny Plaintiff Aaron Malone's motion for new trial. (D.E. 82). Plaintiff timely filed objections to the M&R on November 8, 2021.[1] (D.E. 92).

Plaintiff raises eight objections to the M&R, in which Plaintiff seemingly re-argues his motion for new trial. (D.E. 92). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the Court **OVERRULES** Plaintiff's objections. (D.E. 92). Accordingly, the Court **ADOPTS** the M&R in its entirety. (D.E. 83).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
November 16, 2021

---

[1] A motion is deemed filed by a *pro se* inmate when it is delivered to prison authorities for mailing, postage pre-paid. *Houston v. Lack*, 487 U.S. 266, 276 (1988).

1 / 1